443 A.2d 399

Niemeyer v. Niemeyer, Appellant.

Argued January 26, 1982. Arthur L. Jenkins, for appellant; Richard A. Mitchell, for appellee.

Before WIEAND, MONTEMURO and POPOVICH, JJ.

Order affirmed.

443 A.2d 399

Sanzo v. Sanzo, Appellant.

Submitted January 20, 1981. John Alden, for appellant; Nelson Romisher, for appellee.

Before HESTER, CIRILLO and POPOVICH, JJ.

Orders affirmed.